

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ruben Hernandez,                              * From the 244th District Court
                                               of Ector County, Texas
                                               Trial Court No. A-45,261.

Vs. No. 11-16-00278-CR                        * March 31, 2017

The State of Texas,                           * Memorandum Opinion by Willson, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the order below.  Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.